# Court of Appeals
## Tenth Appellate District of Texas

10-26-00044-CV

In the Matter of the Marriage of James Chadleigh Schrotel, Jr. and
Jacquelyn Kimberly Schrotel and
In the Interest of A.K.S., a Child

On appeal from the
170th District Court of McLennan County, Texas
Judge Jim Meyer, presiding
Trial Court Cause No. 2022-3242-4

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant appealed from a final decree of divorce. Counsel for Appellant has filed a motion to dismiss the appeal, stating that Appellant no longer wishes to prosecute his appeal because the trial court has granted a motion for new trial.

Appellant's motion is granted. Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  February 19, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed;
Motion granted
CV06

